NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WELLS FARGO BANK, N.A., a National )
Banking Association, )
                                    )
        Appellant, )
                                    )
v. )          Case No. 2D18-2042
                                    )                2D18-3627
PASCO OFFICE PARTNERS, LLC, a )     CONSOLIDATED
Florida Limited Liability Company, )
and DEPARTMENT OF )
TRANSPORTATION, )
                                    )
        Appellees. )
_____)

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Pasco
County; Gregory G. Groger, Judge.

Marie Tomassi and Paul D. Bain of Trenam,
Kemker, Scharf, Barkin, Frye, O'Neill &
Mullis, P.A., St. Petersburg, for Appellant.

C. Cary Gaylord and Blake Gaylord of
Gaylord Merlin Ludovici & Diaz, Tampa, for
Appellee, Pasco Office Partners

Marc Peoples of Florida Department of
Transportation, Tallahassee, for Appellee,
Department of Transportation.


PER CURIAM.

Affirmed.

KELLY, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.